```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 60036
   REYNARD ROBINSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0109


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.65% from remaining funds.

     The case was paid in full 11/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
ACL LABORATORIES           UNSECURED      NOT FILED         .00         .00
ADVOCATE PROFFESIONAL GR   UNSECURED      NOT FILED         .00         .00
ADVOCATE TRINITY HOSPITA   UNSECURED      NOT FILED         .00         .00
CAPITAL ONE                UNSECURED         748.00         .00       87.04
CHARTER ONE                UNSECURED      NOT FILED         .00         .00
CHICAGO CENTRAL EMERGENC   UNSECURED      NOT FILED         .00         .00
CITY OF CHICAGO PARKING    UNSECURED        9880.00         .00     1151.51
EVERGREEN MEDICAL SPECIA   UNSECURED      NOT FILED         .00         .00
MARCIA D HIDALGO           UNSECURED      NOT FILED         .00         .00
MED COLLECTIONS SERVICES   UNSECURED      NOT FILED         .00         .00
MERCY PHYSICIAN BILLING    UNSECURED      NOT FILED         .00         .00
NATIONAL MAGAZINE EXCHAN   UNSECURED      NOT FILED         .00         .00
NEERJA AHLOWALIA MD        UNSECURED      NOT FILED         .00         .00
ASSET ACCEPTANCE           UNSECURED        1495.61         .00      174.01
QUEST DIAGNOSTICS          UNSECURED      NOT FILED         .00         .00
RICHARD KOMYATTE & ASSOC   UNSECURED         196.00         .00       22.80
RICHARD KOMYATTE & ASSOC   UNSECURED        1431.00         .00      166.50
SAKHAWAT HUSSAIN MD        UNSECURED      NOT FILED         .00         .00
MIDLAND CREDIT MANAGEMEN   FILED LATE       377.91          .00         .00
VILLAGE OF PARK FOREST     UNSECURED      NOT FILED         .00         .00
ARROW FINANCIAL SERVICES   UNSECURED         967.10         .00      112.52
LEGAL DEFENDERS PC         DEBTOR ATTY     2,200.00                 2,200.00
TOM VAUGHN                 TRUSTEE                                    261.62
DEBTOR REFUND              REFUND                                        .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                4,176.00

PRIORITY                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 60036 REYNARD ROBINSON
```

```
SECURED                                                            .00
UNSECURED                                                     1,714.38
ADMINISTRATIVE                                                2,200.00
TRUSTEE COMPENSATION                                            261.62
DEBTOR REFUND                                                      .00
                                        ----------------  ----------------
TOTALS                                         4,176.00          4,176.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 02/24/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```